UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
ERIC ROGERS, :
:
                    Plaintiff, :
:
      -against- :
:
FRENCHY COFFEE NYC LLC and 129-31 :
EAST 102 STREET HOUSING :
DEVELOPMENT FUND CORPORATION, :
:
                Defendants. :
:
--------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2021
```

19-CV-9958 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On October 6, 2021, because Plaintiff filed papers seeking default judgment that were not in the proper form and which did not include information necessary for me to rule on the matter, I entered an order directing Plaintiff to file proper papers by October 15, 2021, and I explained the deficiencies in Plaintiff's filings. (*See* Doc. 16.) I cautioned Plaintiff that "[f]ailure to do so likely will result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (*Id.*)

      The deadline in my order has passed, and Plaintiff has not filed proper papers. Accordingly, it is hereby ORDERED that this is action is dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 18, 2021
             New York, New York

                                              _____
                                              VERNON S. BRODERICK
                                              United States District Judge