```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ERIC ROGERS,                                                :
                                                            :
                                         Plaintiff,         :
                                                            :           19-CV-9958 (VSB)
                    -against-                               :
                                                            :                ORDER
FRENCHY COFFEE NYC LLC and 129-31                           :
EAST 102 STREET HOUSING                                     :
DEVELOPMENT FUND CORPORATION,                               :
                                                            :
                                         Defendants.        :
                                                            :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2021

VERNON S. BRODERICK, United States District Judge:

On October 19, 2021, I entered an order dismissing this action because Plaintiff failed to file proper papers seeking default judgment by the deadline I had previously set. (Doc. 21.) However, before my order could be entered, Plaintiff filed new papers seeking default judgment. (Docs. 17–20.)

Because Plaintiff failed to comply with the prior deadline, this case shall remain terminated. However, within 14 days of this order, Plaintiff may make an application to reopen this action. If Plaintiff chooses to do so, his application should explain why there is good cause within the meaning of Federal Rule of Civil Procedure 6(b) to disregard the deadline set in my previous order. Further, the application must address why Plaintiff did not attempt to effect personal service on the Defendants given that Plaintiff pleads a known, local address for the Defendants as part of his Complaint. (*See* Doc. 1.) Particularly in light of the fact that Plaintiff's desired default judgment would order an inspection of Defendants' premises at said known address, (*see* Doc. 20), it seems that personal service of process should have been attempted under the circumstances of this case.

SO ORDERED.

Dated:    October 19, 2021
              New York, New York

                                                                                           VERNON S. BRODERICK
                                                                                          United States District Judge